## George A. Trude, Appellee, v. Frank D. Fulton, Appellant.

### Gen. No. 22,430.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding.   Heard in the Branch Appellate Court at the March term, 1916.   Affirmed.   Opinion filed July 11, 1917.

### Statement of the Case.

Action by George A. Trude, plaintiff, against Frank D. Fulton, defendant, to recover on two promissory notes.   From a judgment for plaintiff for $2,680, defendant appeals.

FULTON, GAREY & DEUTSCHMAN, for appellant.

BENJAMIN B. KAHANE, for appellee.

MR. JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

BILLS AND NOTES, § 320*—*who may bring action on note.* The legal holder and owner of notes may bring an action thereon in his own name, although the proceeds, after deduction of attorney's fees for his own services, belong to a third person.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.